## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| RONALD RUSHIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:11-CV-0204-RWS |
| LT. BANDY, Jail Administrator, *et al.* | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [5] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this actions is hereby

**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this  6th  day of October, 2011.

_____
**RICHARD W. STORY**
United States District Judge